Gerald Barrett
WARD, KEENAN & BARRETT, P.C.
3838 No. Central Avenue
Suite 1720
Phoenix, Arizona 85012
Tel: (602) 279-1717
Fax: (602) 279-8908
Email: geraldbarrett@qwest.net
Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE COUNTY OF MARICOPA**

| | |
|---|---|
| EDITH LEE, Individually and as Personal Representative of the Estate Michael Lee, deceased, <br><br> Plaintiffs, <br><br> v. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendants. | ) <br> ) CASE NO. <br> ) <br> ) COMPLAINT <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

<u>PLAINTIFF'S ORIGINAL COMPLAINT</u>

<u>A. Parties</u>

1. Edith Lee, widow of Michael Lee, is a resident of the State of Arizona. Michael Lee, deceased, was at the time of his death a resident of the State of Arizona.

2. Defendant Union Pacific Railroad Company is a foreign railroad company and at all times relevant herein was and is a common carrier by railroad engaged in interstate commerce through and between the several states, including Arizona. Michael Lee was employed by Defendant Union Pacific Railroad Company to further those activities. The injuries complained of in this Complaint were sustained within the course of that employment. Defendant Union Pacific Railroad Company can be served via private process through its registered agent John C. "Clare" Williams, Union Pacific Railroad Company, 280 S. 400 W., Salt Lake City, Utah 84101.

### B. Jurisdiction

3. Plaintiff's rights and remedies against Defendant arise under the Federal Employers' Liability Act (FELA), 45 U.S.C. §51 et seq., and the jurisdiction of this Court is invoked under the provisions of said Act.

### C. Facts

4. On or about June 24, 2003, Decedent Michael Lee was employed by the Union Pacific Railroad as a track worker. He suffered personal injuries on or about said date while engaged in track work near Cheyenne, Wyoming. As a result of said injuries, Michael Lee died on or about July 30, 2003 in a hospital in Seattle, Washington.

5. At the time of the injuries complained of, Defendant was engaged in business as a common carrier in interstate commerce, and decedent was acting within the course and scope of his employment. Michael Lee was employed by Defendant as a track worker, and all or part of his duties involved the furtherance of interstate commerce.

### D. Federal Employers' Liability Act

6. Michael Lee's injury and death were caused by the negligence of Defendant, who owed to him the duty to provide a reasonably safe place to work. Defendant breached said duty when Michael Lee, during the course of his work for Defendant, was struck by a rail, causing him to be injured. This happened because of the negligence of one or more of Defendant's employees.

### E. Wrongful Death and Survival

7. Edith Lee is the personal representative of Michael Lee.

8. At the time of his injury, Michael Lee was 53 years old, in robust health, and gainfully employed as a track worker. Michael Lee left the following survivors: Edith Lee, his widow; daughter Desiree Lee; sons Marty Lee, Malcolm Tsinajinnie, and Sean Tsinajinnie.

### F.  Damages

9. As a direct and proximate result of Defendant's negligence, Michael Lee and Plaintiff suffered the following injuries and damages:

 a. Physical pain and mental anguish before death.

 b. Lost earnings in the past and future.

 c. Medical and funeral expenses.

### G.  Prayer

10. For these reasons, plaintiff asks for judgment against Defendant for the following:

 a. Money damages in excess of $75,000.

 b. Post-judgment interest.

 c. Costs of suit.

 d. All other relief the court deems appropriate.

Plaintiff requests a trial by jury.

Respectfully submitted this 21st day of June, 2006.

_____
WARD, KEENAN & BARRETT, P.C.
GERALD BARRETT
State Bar of Arizona #005855
3838 North Central Avenue, Suite 1720
Phoenix, AZ 85012
Telephone:  602-279-1717
Facsimile:   602- 278-8908
ATTORNEYS FOR PLAINTIFF

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28