**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Edith Lee,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Company,<br><br>　　　　　Defendant. | No. CIV 06-1587-PCT-SMM<br><br>**ORDER** |

　　　　Pending before the Court are a Motion to File Disclosure of Expert Testimony Beyond Deadline filed by Defendant Union Pacific Railroad Company ("Defendant")(Dkt. 32) and a Stipulation to Extend Deadline to Complete All Discovery (Dkt. 36).

**A. Motion to File Disclosure of Expert Testimony Beyond Deadline**

Defendant seeks permission to file their Disclosure of Expert Testimony (Dkt. 32, Ex. B) beyond the June 2, 2007, deadline set by the Court's Rule 16 Scheduling Order. Defendant avers that a clerical error prevented the timely filing of its disclosure (Dkt. 32, Ex. A), that they did not learn of this error until August 6, 2007, and that they informed Plaintiff's counsel of the situation immediately upon realizing the error. To date, Plaintiff has not filed any opposition to Defendant's request to file the disclosure after the deadline. The Court finds that Plaintiff will not be prejudiced by allowing Defendant to file their Disclosure of Expert Testimony after the deadline set in the Court's Rule 16 Scheduling Order. Moreover, Defendant promptly notified opposing counsel as well as the Court upon learning of the

mistake.  Therefore, in light of Defendant's prompt remedial action and the absence of prejudice to Plaintiff, the Court will grant Defendant's motion.

### B. Stipulation to Extend Deadline to Complete All Discovery

The parties request the Court to extend the September 14, 2007, discovery deadline to November 1, 2007.  The parties represent that extending the deadline to complete discovery will not necessitate rescheduling the October 19, 2007, deadline for filing dispositive motions or the November 14, 2007, date for Final Pretrial Conference.  In light of the parties' representations and good cause appearing, the Court will grant the stipulation.

Accordingly,

**IT IS HEREBY ORDERED GRANTING** Defendant's Motion to File Disclosure of Expert Testimony Beyond Deadline. (Dkt. 32)  The Clerk of Court is directed to file the lodged Disclosure of Expert Testimony (Dkt. 33).

**IT IS FURTHER ORDERED GRANTING** the parties' Stipulation to Extend Deadline to Complete All Discovery. (Dkt. 36)  The parties shall have through November 1, 2007, to complete discovery.

DATED this 27th day of August, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -