**WO**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Edith Lee, Individually and as Personal Representative of the Estate of Michael Lee,<br><br>  Plaintiff,<br><br>v.<br><br>Union Pacific Railroad Company,<br><br>  Defendant. | No. CV-06-1587-PCT-SMM<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to the Stipulation for Dismissal of Lawsuit with Prejudice of the parties (Dkt. 43) and good cause appearing,

**IT IS HEREBY ORDERED** dismissing this case with prejudice, each party to bear its own costs.

DATED this 9th day of October, 2007.

*/s/ Stephen M. McNamee*
Stephen M. McNamee
United States District Judge